JOHN T. KEATING
Nevada Bar No. 6373
BRYCE B. BUCKWALTER
Nevada Bar No. 7626
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
bbuckwalter@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Plaintiff
*Duncan Golf Management dba*
*Lakeridge Golf Course*

# UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DUNCAN GOLF MANAGEMENT dba LAKERIDGE GOLF COURSE and SAMANTHA BEAUCHAMP, Assignee and Real Party in Interest,<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA YOUTH EMPOWERMENT PROJECT, a Nevada Domestic Nonprofit Corporation; AMTRUST NORTH AMERICA, INC; WESCO INSURANCE COMPANY; and ROE DEFENDANTS 1-10,<br><br>Defendants. | CASE NO.: 3:23-cv-00666-LRH-CSD<br><br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTIONS TO DISMISS** |

**IT IS HEREBY STIPULATED AND AGREED** by undersigned counsel that the deadline for the Plaintiff, DUNCAN GOLF MANAGEMENT dba LAKERIDGE GOLF COURSE to respond to Defendants Nevada Youth Empowerment Project and Amtrust North American, Inc.'s Motion to Dismiss currently due on January 24, 2024, shall be extended an additional five (5) days.

Plaintiff, DUNCAN GOLF MANAGEMENT dba LAKERIDGE GOLF COURSE shall have up to and until January 29, 2024 to file an Opposition to said Motion.

1

**IT IS FURTHER STIPULATED AND AGREED** by undersigned counsel that the deadline for Defendant Nevada Youth Empowerment Project's to Reply to Plaintiff Samantha Beauchamp's Response to Defendant Nevada Youth Empowerment Project's Motion to Dismiss currently due on January 26, 2024 shall be extended an additional three (3) days.

Defendant, NEVADA YOUTH EMPOWERMENT PROJECT shall have up to and until January 29, 2024 to file its Reply to said Response to said Motion.

Dated this 24th day of January 2024.

**KEATING LAW GROUP**

_____/S/BRYCE B. BUCKWALTER_____
JOHN T. KEATING
Nevada Bar No. 6373
Bryce B. Buckwalter
Nevada Bar No. 7626
9130 West Russell Road, Suite 200
Las Vegas, Nevada 89148
Attorneys for Plaintiff
*Duncan Golf Management dba Lakeridge Gold Courts*

Dated this 24th day of January 2024.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

_/s/Codd M. Oldham_____
Alice K. Herbolsheimer
Nevada Bar No. 6389
Codd M. Oldham
Nevada Bar No. 14594
5555 Kietzke Lane, Suite 200
Las Vegas, Nevada 89511
Attorneys for Defendants
*Wesco Insurance Company and Amtrust North America, Inc.*

/ / /

/ / /

/ / /

Dated this 24th day of January 2024.

**LAXALT LAW GROUP, LTD**

__/s/Ryan Leary_____
Steven E. Guinn
Nevada Bar No. 5341
Ryan W. Leary
Nevada Bar No. 11630
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
Attorney for Defendant
*Nevada Youth Empowerment Project*

Dated this 24th day of January 2024.

**NIELSEN KATIBAH, LLC**

_/s/James C. Nielsen_____
James C. Nielsen
Nevada Bar No. 7463
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
Attorney for Defendants
*Wesco Insurance Company and Amtrust North America, Inc.*

1    Date this 24th day of January 2024.

2    **COUTER HARSH LAW**

3    _/s/Curtis B. Coulter_____
     Curtis B. Coulter
4    Nevada Bar No. 3034
     Karl H. Smith
5    Nevada Bar No. 6504
6    403 Hill Street
     Reno, Nevada 89501
7    Attorneys for Plaintiff
     *Samantha Beauchamp*
8

9                          <u>ORDER</u>

10        IT IS SO ORDERED.

11        Dated this __24th__ day of January 2024.

12

13                                    _____
14                                    UNITED STATES DISTRICT JUDGE

15

16

17   Respectfully submitted by:

18   **KEATING LAW GROUP**

19
     __/s/Bryce B. Buckwalter_____
20   John T. Keating
     Nevada Bar No.: 6373
21   Bryce B. Buckwalter
     Nevada Bar No.: 7626
22   9130 W. Russell Road, Suite 200
     Las Vegas, Nevada 89148
23   Attorneys for Plaintiff
     *Duncan Golf Management dba*
24   *Lakeridge Gold Course*
25

26

27

28

KEATING LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148