JOHN T. KEATING
Nevada Bar No. 6373
BRYCE B. BUCKWALTER
Nevada Bar No. 7626
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
bbuckwalter@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Plaintiff
*Duncan Golf Management dba*
*Lakeridge Golf Course*

# UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DUNCAN GOLF MANAGEMENT dba LAKERIDGE GOLF COURSE and SAMANTHA BEAUCHAMP, Assignee and Real Party in Interest,<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA YOUTH EMPOWERMENT PROJECT, a Nevada Domestic Nonprofit Corporation; AMTRUST NORTH AMERICA, INC; WESCO INSURANCE COMPANY; and ROE DEFENDANTS 1-10,<br><br>Defendants. | CASE NO.: 3:23-cv-00666-LRH-CSD<br><br><u>AMENDED STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTIONS TO DISMISS</u> |

**IT IS HEREBY STIPULATED AND AGREED** by undersigned counsel that the deadline for Plaintiff, DUNCAN GOLF MANAGEMENT dba LAKERIDGE GOLF COURSE, to respond to Defendant Nevada Youth Empowerment Project and Defendants Wesco Ins. Co.'s and Amtrust North America, Inc.'s Motions to Dismiss, currently due on January 24, 2024, shall be extended an additional five (5) days. Plaintiff, DUNCAN GOLF MANAGEMENT dba LAKERIDGE GOLF COURSE shall have up to and until January 29, 2024 to file an Opposition to said

1

Motions.

**IT IS FURTHER STIPULATED AND AGREED** by the undersigned counsel that the deadline for Defendant Nevada Youth Empowerment Project's Reply to Plaintiff Samantha Beauchamp's Response to Defendant Nevada Youth Empowerment Project's Motion to Dismiss currently due on January 26, 2024 shall be extended an additional ten (10) days. Defendant NEVADA YOUTH EMPOWERMENT PROJECT shall have to and until February 5, 2024 to file its Reply to said Response to said Motion.

**IT IS FURTHER STIPULATED AND AGREED** by undersigned counsel that Defendant Nevada Youth Empowerment Project and Defendants Wesco Ins. Co. and Amtrust North America Inc. shall have seven (7) days to file any Replies to Plaintiff DUNCAN GOLF MANAGEMENT dba LAKERIDGE GOLF COURSE'S opposition to its Motions to Dismiss. Defendant NEVADA YOUTH EMPOWERMENT PROJECT and Defendants WESCO INS. CO AND AMTRUST NORTH AMERICA, INC. shall have up to and until February 5, 2024 to file said Replies.

| | |
|---|---|
| Dated this 25th day of January 2024. | Dated this 25th day of January 2024. |
| **KEATING LAW GROUP** | **LAXALT LAW GROUP, LTD** |
| /s/*Bryce B. Buckwalter* | /s/*Ryan W. Leary* |
| JOHN T. KEATING | Steven E. Guinn |
| Nevada Bar No. 6373 | Nevada Bar No. 5341 |
| Bryce B. Buckwalter | Ryan W. Leary |
| Nevada Bar No. 7626 | Nevada Bar No. 11630 |
| 9130 West Russell Road, Suite 200 | 9790 Gateway Drive, Suite 200 |
| Las Vegas, Nevada 89148 | Reno, Nevada 89521 |
| Attorneys for Plaintiff | Attorney for Defendant |
| *Duncan Golf Management dba Lakeridge Gold Courts* | *Nevada Youth Empowerment Project* |

///

///

2

Dated this 25th day of January 2024.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

__/s/Cody M. Oldham_____
Alice K. Herbolsheimer
Nevada Bar No. 6389
Cody M. Oldham
Nevada Bar No. 14594
5555 Kietzke Lane, Suite 200
Las Vegas, Nevada 89511
Attorneys for Defendants
*Wesco Insurance Company and Amtrust North America, Inc.*

Dated this 25th day of January 2024.

**NIELSEN KATIBAH, LLC**

__/s/James C. Nielsen_____
James C. Nielsen
Nevada Bar No. 7463
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
Attorney for Defendants
*Wesco Insurance Company and Amtrust North America, Inc.*

Date this 25th day of January 2024.

**COUTER HARSH LAW**

__/s/Curtis B. Coulter_____
Curtis B. Coulter
Nevada Bar No. 3034
Karl H. Smith
Nevada Bar No. 6504
403 Hill Street
Reno, Nevada 89501
Attorneys for Plaintiff
*Samantha Beauchamp*

## ORDER

IT IS SO ORDERED.

Dated this  25th  day of January 2024.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**KEATING LAW GROUP**

   /s/Bryce B. Buckwalter
John T. Keating
Nevada Bar No.: 6373
Bryce B. Buckwalter
Nevada Bar No.: 7626
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
Attorneys for Plaintiff
*Duncan Golf Management dba*
*Lakeridge Gold Course*

4