# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DUNCAN GOLF MANAGEMENT dba LAKERIDGE GOLF COURSE and SAMANTHA BEAUCHAMP,<br><br>Plaintiffs,<br><br>v.<br><br>NEVADA YOUTH EMPOWERMENT PROJECT, a Nevada Domestic Nonprofit Corporation, AMTRUST NORTH AMERICA, INC., WESCO INSURANCE COMPANY, *et al.*,<br><br>Defendants. | 3:23-cv-00666-ART-CSD<br><br>**ORDER** |

Before the court is Defendants' Motion Regarding Discovery Dispute. (ECF No. 54.)

Pursuant to the court's Civil Standing Order (ECF No. 4), Plaintiffs shall file a response on or before close of business on **Friday, March 1, 2024.** The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED: February 29, 2024.

_____
Craig S. Denney
United States Magistrate Judge

1