**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DUNCAN GOLF MANAGEMENT dba LAKERIDGE GOLF COURSE and SAMANTHA BEAUCHAMP,

        Plaintiffs,

  v.

NEVADA YOUTH EMPOWERMENT PROJECT, a Nevada Domestic Nonprofit Corporation, AMTRUST NORTH AMERICA, INC., WESCO INSURANCE COMPANY, *et al.*,

        Defendants.

3:23-cv-00666-ART-CSD

**ORDER**

The parties have failed to submit their Stipulated Discovery Plan and Scheduling Order. The parties shall file their Proposed Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on or before **Monday, March 11, 2024.**

**IT IS SO ORDERED.**

DATED: February 29, 2024.

_____
Craig S. Denney
United States Magistrate Judge

1