UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUNCAN GOLF MANAGEMENT dba LAKERIDGE GOLF COURSE and SAMANTHA BEAUCHAMP,<br><br>Plaintiffs,<br><br>v.<br><br>NEVADA YOUTH EMPOWERMENT PROJECT, a Nevada Domestic Nonprofit Corporation, AMTRUST NORTH AMERICA, INC., WESCO INSURANCE COMPANY, *et al.*,<br><br>Defendants. | 3:23-cv-00666-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 54 |

At the Status Conference set for **Monday, March 11, 2024, at 11:30 a.m.**, the court will also address Defendants' Motion Regarding Discovery Dispute (ECF No. 54) and related briefing.

**IT IS SO ORDERED.**

DATED:  March 4, 2024.

_____
Craig S. Denney
United States Magistrate Judge

1