**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DUNCAN GOLF MANAGEMENT dba LAKERIDGE GOLF COURSE and SAMANTHA BEAUCHAMP,<br><br>Plaintiffs,<br><br>v.<br><br>NEVADA YOUTH EMPOWERMENT PROJECT, a Nevada Domestic Nonprofit Corporation, AMTRUST NORTH AMERICA, INC., WESCO INSURANCE COMPANY, *et al.*,<br><br>Defendants. | 3:23-cv-00666-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF Nos. 85, 86, 88 |

Before the court are Defendants' Motion for Order to Show Cause Against Financial Pacific Insurance Company Re: Contempt, or Alternatively, Order to Produce Documents Pursuant to Subpoena Duces Tecum (ECF Nos. 85, 86) and Defendants' Motion for Order to Show Cause Against United Fire Group Re: Contempt, or Alternatively, Order to Produce Documents Pursuant to Subpoena Duces Tecum (ECF No. 88). There does not seem to be proof of service indicating that the motions were served on the non-parties Financial Pacific Insurance Company and United Fire Group.

Defendants' counsel shall file a Certificate of Service **within five (5) days** of the date of this order reflecting that service of the Motions for Order to Show Cause (ECF Nos. 85, 86, 88) have been effected on the non-parties Financial Pacific Insurance Company and United Fire Group.

**IT IS SO ORDERED.**

DATED:  June 4, 2024.

_____
Craig S. Denney
United States Magistrate Judge