# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DUNCAN GOLF MANAGEMENT dba LAKERIDGE GOLF COURSE and SAMANTHA BEAUCHAMP, Assignee and Real Party in Interest,<br><br>　　　　　　　　　　Plaintiffs,<br>　v.<br>NEVADA YOUTH EMPOWERMENT PROJECT, *et al.*,<br><br>　　　　　　　　　　Defendants. | 3:23-cv-00666-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 93 |

Before the court is Defendants' Motion Regarding Discovery Dispute. (ECF No. 93.)

Pursuant to the court's Civil Standing Order (ECF No. 4), Plaintiff Beauchamp shall file a response on or before close of business on **Monday, June 10, 2024**.  The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED:  June 7, 2024.

_____
Craig S. Denney
United States Magistrate Judge