# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DUNCAN GOLF MANAGEMENT dba LAKERIDGE GOLF COURSE and SAMANTHA BEAUCHAMP, Assignee and Real Party in Interest,<br><br>Plaintiffs,<br>v.<br><br>NEVADA YOUTH EMPOWERMENT PROJECT, *et al.*,<br><br>Defendants. | 3:23-cv-00666-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 96 |

Before the court is Defendants' Motion Regarding Discovery Dispute. (ECF No. 96.)

Pursuant to the court's Civil Standing Order (ECF No. 4), Plaintiff Duncan Golf Management shall file a response on or before close of business on **Tuesday, June 11, 2024**. The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED: June 10, 2024.

_____
Craig S. Denney
United States Magistrate Judge