# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DUNCAN GOLF MANAGEMENT dba LAKERIDGE GOLF COURSE and SAMANTHA BEAUCHAMP, Assignee and Real Party in Interest,<br><br>　　　　　　　　　　Plaintiffs,<br>　v.<br><br>NEVADA YOUTH EMPOWERMENT PROJECT, *et al.*,<br><br>　　　　　　　　　　Defendants. | 3:23-cv-00666-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 105 |

Before the court is Plaintiff Samantha Beauchamp's Motion Regarding Discovery Dispute. (ECF No. 105.)

Pursuant to the court's Civil Standing Order (ECF No. 4), Defendant Amtrust North America, Inc., shall file a response on or before **12:00 p.m. on Wednesday, June 19, 2024**. The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED: June 17, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Craig S. Denney
　　　　　　　　　　　　　　　　　　United States Magistrate Judge