# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DUNCAN GOLF MANAGEMENT dba LAKERIDGE GOLF COURSE and SAMANTHA BEAUCHAMP, Assignee and Real Party in Interest,<br><br>Plaintiffs,<br>v.<br><br>NEVADA YOUTH EMPOWERMENT PROJECT, *et al.*,<br><br>Defendants. | 3:23-cv-00666-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 109 |

Before the court is Plaintiff Duncan Golf Management's Motion Regarding Discovery Dispute. (ECF No. 109.) The motion raises identical issues to the Motion for Protective Order filed by attorney Philip John on behalf of Duncan Golf Management (ECF No. 103).

Pursuant to the court's Civil Standing Order (ECF No. 4), Defendants Amtrust North America and Westco Insurance Company shall file a response on or before close of business on **Thursday, June 20, 2024**. The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED:  June 18, 2024.

_____
Craig S. Denney
United States Magistrate Judge

1