# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DUNCAN GOLF MANAGEMENT, dba Lakeridge Golf Course, SAMANTHA BEAUCHAMP,

    Plaintiffs

v.

NEVADA YOUTH EMPOWERMENT PROJECT, et al.,

    Defendants

Case No.: 3:23-cv-00666-ART-CSD

**Order**

Plaintiff Samantha Beauchamp has filed an emergency motion for a partial stay of the court's order granting the motion to compel filed by defendants Amtrust North America, Inc. and Wesco Insurance Company (collectively Amtrust/Wesco) and requiring the production of documents responsive to request for production number 3 by July 17, 2024. (ECF No. 134.) Plaintiff Duncan Golf Management dba Lakeridge Golf Course (Duncan) joined in the emergency motion. (ECF No. 135.)

Defendants Amtrust/Wesco have up to and including **July 19, 2024,** to file a response to the emergency motion. Plaintiffs have up to and including **July 26, 2024**, to file a reply brief in support of the emergency motion.

The deadline for Plaintiffs to produce the documents responsive to request for production number 3 is *temporarily stayed* pending the court holding a hearing and issuing a disposition on the emergency motion.

///

1  The court will set the matter for a hearing after briefing is completed.

2  **IT IS SO ORDERED**.

3  Dated: July 10, 2024

_____
Craig S. Denney
United States Magistrate Judge