**LEWIS BRISBOIS BISGAARD & SMITH LLP**
BRANDON D. WRIGHT
Nevada Bar No. 13286
Brandon.Wright@lewisbrisbois.com
CODY M. OLDHAM
Nevada Bar No. 14594
Cody.Oldham@lewisbrisbois.com
PHILIP J. TACASON
Nevada Bar No. 15655
Philip.Tacason@lewisbrisbois.com
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: 775.399.6383
Facsimile: 775.827.9256

JAMES C. NIELSEN (Nevada Bar No. 7463)
jnielsen@nkllp.law
NIELSEN KATIBAH LLP
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
Telephone: (415) 693-0300
Facsimile: (415) 693-9674

*Attorneys for Defendants*
*WESCO INSURANCE COMPANY and*
*AMTRUST NORTH AMERICA, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUNCAN GOLF MANAGEMENT dba LAKERIDGE GOLF COURSE and SAMANTHA BEAUCHAMP, Assignee and Real Party in Interest,<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA YOUTH EMPOWERMENT PROJECT, A Nevada Domestic Nonprofit Corporation; AMTRUST NORTH AMERICA, INC; WESCO INSURANCE COMPANY; and ROE DEFENDANTS 1-10,<br><br>Defendants. | Case No. 3:23-cv-00666-ART-CSD<br><br>**STIPULATION TO CONTINUE STATUS REPORT DEADLINE** |

Pursuant to LR IA 6-1, LR 7-1 and LR 26-3, the undersigned parties, through their respective undersigned counsel, stipulate to extend the Status Report as ordered in ECF No 145 by seven (7)

143423501.1                                                                                                    Case No. 3:23-cv-00666-ART-CSD

1  days. This is the first request to extend this deadline. This Stipulation is based on the following:

2      On March 21, 2024, Defendant Amtrust served its subpoenas duces tecum on third-parties
3  Financial Pacific and United Fire Group.

4      On April 2, 2024, Plaintiff Duncan objected to Amtrust's subpoenas duces tecum.

5      On June 3, 2024, Defendant Amtrust filed its Notice of Applications and Applications for
6  Order to Show Cause Against Financial Pacific and United Fire Group Re: Contempt, or
7  Alternatively, Order to Produce Documents Pursuant to Subpoena Duces Tecum (ECF Nos. 85 &
8  88).

9      On June 17, 2024, Financial Pacific and United Fire Group filed their Response to Notices
10 of Application for Order to Show Cause and Countermotion to Quash Subpoenas. (ECF No. 110).

11     On July 1, 2024, Amtrust filed its Opposition to Financial Pacific and United Fire Group's
12 Motion to Quash. (ECF No. 127). Amtrust also filed an objection and motion to strike the declaration
13 of counsel in support of Financial Pacific and United Fire Group's response and motion to quash.
14 (ECF No. 128).

15     On July 18, 2024, this Court entered its order requiring counsel for Amtrust, Financial
16 Pacific, United Fire Group, and Duncan to meet-and-confer in person, via telephone, or via
17 videoconference. (ECF No. 145). The Court further ordered that counsel for the undersigned parties
18 shall provide a joint status report on or before August 1, 2024. (*Id*.).

19     On July 26, 2024, Amtrust filed its Motion for Reconsideration. (ECF No. 149).

20     Counsel for Amtrust and Duncan have discussed setting a meet-and-confer conference,
21 however, due to scheduling conflicts, counsel for Duncan cannot meet-and-confer before August 1,
22 2024.

23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /



Thus, based on the preceding, counsel for the undersigned parties request an extension to file their Status Report from August 1, 2024, until August 8, 2024.

Dated this 30th day of July, 2024

LEWIS BRISBOIS BISGAARD & SMITH

  /s/ Cody M. Oldham  .
BRANDON D. WRIGHT, Esq.
Nevada Bar No. 13286
CODY M. OLDHAM, Esq.
Nevada Bar No. 14594
PHILIP J. TACASON, Esq.
Nevada Bar No. 15655
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
JAMES C. NIELSEN
Nevada Bar No. 7463
NIELSEN KATIBAH LLP
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
*Attorneys for Defendants*
*WESCO INSURANCE CO and*
*AMTRUST NORTH AMERICA INC.*

Dated 30th day of July, 2024

KEATING LAW GROUP

  /s/ Bryce B. Buckwalter  .
JOHN T. KEATING, Esq.
Nevada Bar No. 6373
BRYCE B. BUCKWALTER, Esq.
Nevada Bar No. 7626
9130 W. Russell Road, Suite 200
Las Vegas, NV 89148
*Attorneys for Plaintiff*
*DUNCAN GOLF MANAGEMENT*

Dated this 30th day of July, 2024

PYATT SILVESTRI.

  /s/ James P. C. Silvestri  .
JAMES P.C. SILVESTRI, Esq.
Nevada Bar No. 3603
9790 Gateway Drive, Suite 200
Reno, NV 89521
*Attorney for Third Parties*
*FINANCIAL PACIFIC INSURANCE COMPANY*
*& UNITED FIRE & CASUALTY COMPANY*

IT IS SO ORDERED.

Dated this  31st  day of  July , 2024.

_____
UNITED STATES MAGISTRATE JUDGE
Case No. 3:23-cv-00666-ART-CSD