# UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DUNCAN GOLF MANAGEMENT dba LAKERIDGE GOLF COURSE and SAMANTHA BEAUCHAMP, Assignee and Real Party in Interest,<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA YOUTH EMPOWERMENT PROJECT, a Nevada Domestic Nonprofit Corporation; AMTRUST NORTH AMERICA, INC; WESCO INSURANCE COMPANY; and ROE DEFENDANTS 1-10,<br><br>Defendants. | CASE NO.: 3:23-cv-00666-ART-CSD<br><br>**ORDER GRANTING**<br><br><u>STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO NEVADA YOUTH EMPOWERMENT PROJECT'S MOTIONS FOR SUMMARY JUDGMENT</u> |

**IT IS HEREBY STIPULATED AND AGREED** by undersigned counsel that the deadline for the Plaintiff, DUNCAN GOLF MANAGEMENT dba LAKERIDGE GOLF COURSE to respond to Defendant Nevada Youth Empowerment Project's Motion for Summary Judgment, currently due on September 19, 2024, shall be extended an additional seven (7) days.

Plaintiff, DUNCAN GOLF MANAGEMENT dba LAKERIDGE GOLF COURSE shall have up to and until September 30, 2024 to file an Opposition to said Motion.

| | |
|---|---|
| Dated this 16th day of September 2024. | Dated this 16th day of September 2024. |
| KEATING LAW GROUP | LAXALT LAW GROUP, LTD |
| ___/s/Bryce B. Buckwalter_____ | __/s/Ryan W. Leary_____ |
| JOHN T. KEATING | Steven E. Guinn |
| Nevada Bar No. 6373 | Nevada Bar No. 5341 |
| Bryce B. Buckwalter | Ryan W. Leary |
| Nevada Bar No. 7626 | Nevada Bar No. 11630 |
| 9130 West Russell Road, Suite 200 | 9790 Gateway Drive, Suite 200 |
| Las Vegas, Nevada 89148 | Reno, Nevada 89521 |
| Attorneys for Plaintiff | Attorney for Defendant |
| *Duncan Golf Management dba* | *Nevada Youth Empowerment Project* |
| *Lakeridge Gold Courts* | |

### ORDER

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: September 18, 2024

2