UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| DUNCAN GOLF MANAGEMENT dba LAKERIDGE GOLF COURSE and SAMANTHA BEAUCHAMP, Assignee and Real Party in Interest,<br><br>Plaintiffs<br><br>v.<br><br>NEVADA YOUTH EMPOWERMENT PROJECT, et al.,<br><br>Defendants | Case No.: 3:23-cv-00666-ART-CSD<br><br>**Order**<br><br>Re: ECF No. 173 |

On September 18, 2023, third parties Financial Pacific Insurance Company (FPIC), United Fire Group, Inc. (UFG), Alyssa Reese, and Shelley Jorgensen filed a motion for protective order related to deposition subpoenas issued to Reese and Jorgensen by defendants Amtrust North America, Inc. and Wesco Insurance Company (collectively, Amtrust/Wesco). (ECF No. 173.)

Although the third parties did not seek an order shortening time for briefing on the motion, Amtrust/Wesco subpoenaed Reese and Jorgensen to be deposed on October 3 and 4, 2024, respectively. (ECF Nos. 173-2, 173-3.) Amtrust/Wesco's response to the motion for protective order is not due until October 2, 2024, the eve of the depositions.

The court finds that good cause exists to shorten time for the briefing on this motion. Amtrust/Wesco's response to the motion for protective order must be filed **on or before 5:00 p.m. on Friday, September 27, 2024.**

///

Any reply brief shall be filed on or **5:00 p.m. on Monday, September 30, 2024**.

Alternatively, the third parties and Amtrust/Wesco may file a notice by **5:00 p.m. Friday, September 27, 2024,** staying the subpoenaed depositions pending resolution of the motion for protective order on the traditional briefing schedule (making Amtrust/Wesco's response due on October 2, 2024, and any reply due on October 9, 2024).

**IT IS SO ORDERED**.

Dated: September 24, 2024

_____
Craig S. Denney
United States Magistrate Judge